NORFOLK DIVISION
FILED
NOV 2 8 2017
CLERK
U.S. BANKRUPTCY COURT

11-24-17
1328 Green Cedar Lane
Va. Bch Va. 23453
Case No. 15-72504-SCS

Dear Judge Frank J Santoro,

I need your help in this case. Two weeks from this letter dated Oct. 5 2017 to you, dated Oct 16 2017 from my attorneys. I got this letter in my hand around the 15th of Nov. My mail has been looping and that's another story but I called and asked what daughter suppose to be paying 95.76 from Oct 20. 2017 to Mar 20, 2018. I was told to bring uptodate missed due payments. Okay I didn't miss any payments since filing Chapter 13 in Aug 2015. The dates they claim I've missed: bank receipts, Cashier's checks and personal checks are inclosed. After I got these I'm send more checks and their bank receipts showing that they have been doing this to me the whole time.

Next: is these insurance companies they use. You file a claim and they give you the run around. They have a support line that says I've been sent a check last year but I have not got it as of this date 11-25-17.

Next: I put in an application for the Harp program because of back surgery. I went back to soon, I have good and bad days. I'm trying to make it until June because I'll have 30 yrs + 4 months driving the bus. I love my job but it doesn't love me. Cozy I got it from their office on Holland Rd. Va. Bch. The young lady called them to make sure that we had everything

He even gave them the lady on the phone said that it was fine. So we faxed it. Well nothing happen and I got a letter from Mr Trip with a new application getting permission to talk with me. Acting like they have not been calling and writing me all along. I've got stacks of letters from them and as soon as I got out of the hospital somebody call me asking a whole lot of questions. I faxed the new one 10-26-17. So I'm waiting to here from them. At this point I don't trust anybody any more. With one lawyer in jail and another tiuu in need of being put in jail. You tell me who do we trust!

Thank you
Delois A Etheridge
757-288-9838
757 352 0390
757 689 8570

P.S. I'm thinking a writing campaign is in order going to pissed consumers to congress. This is not at my local branch but head quarters!
CC Filed

 

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

June 14, 2017

Delois A. Etheridge
1328 Green Cedar Lane
Virginia Beach, VA 23453

Subject: Resolution to your inquiry about account number ████3754

Dear Delois A. Etheridge:

Thank you for the opportunity to address your concern. We've carefully researched this matter and are providing you with a response.

**Property loss claim**

In your inquiry, you expressed concerns about the property loss process.

We're committed to helping you with the repairs needed to your property and want to supply you with information about the status of your claim.

At this time, the final inspection is needed. If the repairs have been completed and you are ready for the final inspection, please contact our Property Loss department at 1-800-422-6816. Representatives are ready to help you Monday through Friday, 8:00 a.m. to 6:00 p.m.; and Saturday 8:00 a.m. to 2:00 p.m. Central Time.

Based on our research, we've determined your account was handled appropriately and no adjustments are needed.

If you would like to request documents that support our research, you may reply to me directly at the return address on this letter or by phone at the number provided in the Going Forward section of this letter.

NORFOLK DIVISION
FILED NOV 28 2017
CLERK U.S. BANKRUPTCY COURT

9-25-17
10-26-17

To whom it may concern:

I am appling for the reduction of interest rate, reduction in the loan's principal for the rest of the 40 years.

Now that we have cleared the problem with missing payments late fees and penalties for non payment should be taken off and voided from my account.

I'm appling for this because of hardship due to the fact that I had back surgery. I was told that this going to take time. I went back to work but this is going end. I'm not sure what going on but it is hard on my back. I am looking coming out June 2018. So I need to get this set up now because I will be on a fixed income. I go back into physical therapy as soon as they can get me some kind of health insurance. I have my granddaughter + son with me and I need to have things set up to make sure we have somewhere to live, and that is in my home. I've been on the bus almost a month and it's making me worst.

Thank you,
Delois A Etheridge

P.S. My home preservation specialist keeps changing and won't ever

who to send it to.

6-24-17



NORFOLK DIVISION
FILED NOV 28 2017
CLERK
U.S. BANKRUPTCY COURT

Mr. Stackhouse

I'm writing to let you know that I under went back surgery the middle of Jan, and I have no income since 4-18-17. I don't know if you were informed of this but I did call Mr. _____ office to let him know if I had to file chapter 7 because of all these bills coming in on top of everything else.

I would have never filed anything if it hadn't been for Wells Fargo and all these underhanded things they did to me over the years. The major thing was trying to auction my home off while we were in mitigation. They keep tell me and Mr. Washington that they didn't because form this or that. I would not have know my house was going to be auctioned off. If it had not been for this black lady coming to rent my home/about week before the auction!

Anyway I wound up back in the hospital again after dealing with Wells Fargo about yet another issue — Matthew and them not completing — they claim they sent me a check to do the work on the home and want to do inspection.

I'm done — I can't take anymore. I'm told to stop stressing While I will keep sending your payment I am going to be looking for a good real estate attorney if I have to go outside Virginia.

Sincerely
Delois A Etheridge

CC Filed