CHIEF JUDGE'S CHAMBERS

# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF VIRGINIA
### WALTER E. HOFFMAN U.S. COURTHOUSE
### 600 GRANBY STREET
### NORFOLK, VIRGINIA 23510

STEPHEN C. ST. JOHN
CHIEF JUDGE

November 30, 2017

Delois A. Etheridge
1328 Green Cedar Lane
Virginia Beach, Virginia 23453

Re:     Bankruptcy Case No. 15-72504-SCS

Dear Ms. Etheridge:

The Court wishes to acknowledge receipt of your letter, and the documents accompanying it, dated November 24, 2017.  Your letter has been made a part of your case file.

Please be advised that a Status Hearing has been scheduled in your case for Thursday, December 14, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom #1, Fourth Floor, 600 Granby Street, Norfolk, Virginia.  You should attend this hearing with your attorney of record, John W. Tripp, to enable the Court to make inquiry regarding the concerns expressed in your letter.

Should you have further questions, you should consult Mr. Tripp, who can advise you of your legal rights with regard to your bankruptcy case.  Neither I, my staff, nor any other Court employee is permitted to supply you with legal advice regarding this or any other case pending before it.

Sincerely,

Stephen C. St. John
Chief United States Bankruptcy Judge

pc:    John W. Tripp, Esquire, Counsel for Delois A. Etheridge
       R. Clinton Stackhouse, Jr., Chapter 13 Trustee
       D. Carol Sasser, Esquire, Counsel for Wells Fargo Bank, N.A.